USCA1 Opinion

 

 May 13, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2195 UNITED STATES, Appellee, v. ALINA PEREZ, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Lynch, Circuit Judges. ______________ ____________________ Lenore Glaser on brief for appellant. _____________ Donald K. Stern, United States Attorney, and Michael J. Pelgro, _______________ __________________ Assistant U.S. Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. In view of our recent opinion clarifying __________ that a sentencing court "may invoke 4A1.3 to depart downward from the career offender category if it concludes that the category inaccurately reflects the defendant's actual criminal history," United States v. Lindia, No. 95- ________________________ 2200, slip op. at 21 (1st Cir. April 18, 1996), together with our uncertainty whether the district court made a discretionary decision not to depart or, instead, viewed its authority as more restricted than Lindia allows, we vacate ______ the sentence and remand for further consideration.  Vacated and remanded. Loc. R. 27.1. ____________________ -3-